# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Allison Haley Manley, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Ricky W. Chastain**, individually, )<br>and as Sheriff of Laurens County, SC; )<br>**Michael Thomason**, individually, )<br>and as an employee of the Laurens )<br>County Sheriff's Department, SC; )<br>**Luther "Ted" Richardson**, )<br>individually, and as an employee )<br>of Laurens County Sheriff's )<br>Department, SC; **Duane Howard**, )<br>individually, and as an employee of )<br>Laurens County Sheriff's Department, )<br>SC; **Denna Griffin**, individually, and )<br>as an employee of Laurens County )<br>Sheriff's Department, SC; )<br>**Laurens County**, SC; **Laurens** )<br>**County Sheriff's Department**, SC, )<br>)<br>Defendants. ) | **MEMORANDUM IN SUPPORT OF DEFENDANTS RICKY W. CHASTAIN, INDIVIDUALLY AND AS SHERIFF OF LAURENS COUNTY, SC AND LAURENS COUNTY SHERIFF'S DEPARTMENT, SC'S MOTION TO AMEND ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>*Civil Action Number*:<br>6:11-cv-01607-JMC-KFM |

Defendants Ricky W. Chastain, Individually, and as Sheriff of Laurens County, South Carolina and Laurens County Sheriff's Department, SC, respectfully request that they be granted leave of court to file an Amended Answer to the plaintiff's Complaint, and to assert an additional defense, identified as their Third Defense in the proposed Amended Answer served herewith.

**ARGUMENT:**

Defendants Ricky W. Chastain, Individually, and as Sheriff of Laurens County, South Carolina and Laurens County Sheriff's Department, SC seek leave of court to assert an additional legal defense, which is set forth as the third defense in the proposed Amended Complaint. This motion is being made timely and within the time constraints provided for in this court's Scheduling Order. Further, pursuit to Rule 15 FRCP, leave to amend should be freely given to meet and/or satisfy the ends of justice. In this matter, there is no prejudice to any party, nor does this amendment delay or affect any pending discovery.

**CONCLUSION:**

Defendants Ricky W. Chastain, Individually, and as Sheriff of Laurens County, South Carolina and Laurens County Sheriff's Department, SC respectfully submit and request that their Motion to Amend be granted.

Respectfully submitted,

s/   Russell W. Harter, Jr.
Russell W. Harter, Jr., Fed ID 1753
CHAPMAN, HARTER & GROVES, PA
1012 East Washington Street (29601)
Post Office Box 10224
Greenville, South Carolina 29603
864/233-4500 *{Phone}*
864/232-1710 *{Facsimile}*
rwhjr@chglawsc.com *{Email}*
**ATTORNEY FOR DEFENDANTS**
**Ricky W. Chastain, individually, and as Sheriff of Laurens County, SC and Laurens County Sheriff's Department, SC**

August 12, 2011
Greenville, South Carolina

3