IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Allison Haley Manley, | ) | C. A. 6:11-01607-JMC-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| Ricky W. Chastain, individually and as Sheriff of Laurens County, SC; Michael Thomason, individually and as an employee of the Laurens County Sheriff's Department, SC; Luther "Ted" Richardson, individually and as an employee of Laurens County Sheriff's Department, SC; Duane Howard, individually and as an employee of Laurens County Sheriff's Department, SC; Denna Griffin, individually and as an employee of the Laurens County Sheriff's Department, SC; Laurens County Sheriff's Department, SC, | ) | |
| | ) | |
| Defendants. | ) | |

On Motion of attorney for the plaintiff, and with the consent of the defendant, the parties, through their respective attorneys, hereby stipulate and agree to dismiss the within action with prejudice.

s/   John G. Reckenbeil
John G. Reckenbeil
ATTORNEYS FOR PLAINTIFF

s/ Russell W. Harter, Jr.
Russell W. Harter, Jr.
ATTORNEY FOR DEFENDANTS
RICKY CHASTAIN AND LAURENS
COUNTY SHERIFF'S OFFICE

s/ David L. Morrison
David L. Morrison
ATTORNEY FOR DEFENDANTS
THOMASON, HOWARD AND
GRIFFIN

s/ Robert D. Garfield
Robert D. Garfield
ATTORNEY FOR DEFENDANT
RICHARDSON

April 11, 2012